# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GUERRA SANCHEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RONALD RACKLEY,<br><br>　　　　Respondent. | Case No. 1:16-cv-00604-LJO-EPG-HC<br><br>ORDER FOR SUPPLEMENTAL BRIEFING ON EQUITABLE TOLLING AND VACATING SEPTEMBER 27, 2016 FINDINGS AND RECOMMENDATION<br>(ECF No. 16) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 27, 2016, the undersigned issued findings and recommendation recommending that Respondent's motion to dismiss be granted and the petition be dismissed as untimely. (ECF No. 16). On October 26, 2016, Petitioner filed objections to the findings and recommendation, arguing that he is entitled to equitable tolling because he does not speak English, the prison law library lacked Spanish-language legal materials, and he pursued his rights as diligently as possible until he was finally able to receive assistance from a fellow inmate. (ECF No. 17).

The statutory limitations period is subject to equitable tolling if a petitioner demonstrates "'(1) that he has been pursuing his rights diligently, and (2) that some extraordinary circumstance stood in his way' and prevented timely filing." Holland v. Florida, 560 U.S. 631, 649 (2010) (quoting Pace v. DiGuglielmo, 544 U.S. 408, 418 (2005)). The Ninth Circuit has

1

recognized that a "combination of (1) a prison law library's lack of Spanish-language legal materials, and (2) a petitioner's inability to obtain translation assistance before the one-year deadline, could constitute extraordinary circumstances." Mendoza v. Carey, 449 F.3d 1065, 1069 (9th Cir. 2006). Given the fact-intensive nature of equitable tolling claims, Sossa v. Diaz, 729 F.3d 1225, 1229–30 (9th Cir. 2013), further development of the record is warranted to address this issue.

Accordingly, the Court HEREBY ORDERS:

1. The Findings and Recommendation issued on September 27, 2016 (ECF No. 16) is VACATED;
2. Within thirty (30) days of the date of service of this order, Respondent shall file a response addressing Petitioner's claim of equitable tolling; and
3. Within thirty (30) days of the date of service of the Respondent's response, Petitioner shall file a reply.

IT IS SO ORDERED.

Dated: **November 21, 2016**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE