# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GUERRA SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>RONALD RACKLEY,<br><br>Respondent. | Case No. 1:16-cv-00604-LJO-EPG-HC<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE ORDER (ECF No. 18) AND SEND PETITIONER RESPONDENT'S SUPPLEMENTAL BRIEF (ECF No. 19)<br><br>ORDER DIRECTING PETITIONER TO FILE SUPPLEMENTAL BRIEF RE: EQUITABLE TOLLING<br><br>ORDER DIRECTING PETITIONER TO FILE UPDATED ADDRESS |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 27, 2016, the undersigned issued findings and recommendation recommending that Respondent's motion to dismiss be granted and the petition be dismissed as untimely. (ECF No. 16). In light of Petitioner's objections raising the issue of equitable tolling, the Court vacated the findings and recommendation and ordered supplemental briefing. (ECF No. 18). On December 19, 2016, Respondent filed his supplemental brief. (ECF No. 19). On January 4, 2017, the order regarding supplemental briefing was returned as undeliverable. According to the California Department of Corrections and Rehabilitation's online inmate locator, Petitioner has been moved and is currently held at the Correctional Training Facility in Soledad, California.[1] Given the fact-intensive nature of equitable tolling

---

[1] The online inmate locator does not indicate whether Petitioner is housed in Facility A, B, C, or D.

1

claims, the Court finds that a supplemental brief by Petitioner on the issue of equitable tolling would assist the Court in this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office is DIRECTED to send a copy of this order, the order regarding supplemental briefing (ECF No. 18), and Respondent's supplemental brief (ECF No. 19) to the following addresses:

   > Correctional Training Facility
   > P.O. Box 705
   > Soledad, CA 93960
   >
   > Correctional Training Facility
   > P.O. Box 689
   > Soledad, CA 93960
   >
   > Correctional Training Facility
   > P.O. Box 690
   > Soledad, CA 93960

2. Within THIRTY (30) days of the date of service of this order, Petitioner shall file a response to Respondent's supplemental brief regarding equitable tolling; and

3. Within THIRTY (30) days of the date of service of this order, Petitioner shall file his updated address with the Court.

Petitioner is forewarned that failure to follow this order may result in dismissal of the petition pursuant to Federal Rule of Civil Procedure 41(b) (a petitioner's failure to prosecute or to comply with a court order may result in a dismissal of the action).

IT IS SO ORDERED.

Dated:   **January 9, 2017**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE