# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE GUERRA SANCHEZ, | Case No. 1:16-cv-00604-LJO-EPG-HC |
| Petitioner, | ORDER DENYING AS MOOT MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| v. | |
| RONALD RACKLEY, | (ECF No. 43) |
| Respondent. | |

Petitioner is a state prisoner who proceeded pro se with a § 2254 petition for writ of habeas corpus. On January 4, 2018, the Court denied the petition for writ of habeas corpus. (ECF No. 40). On February 8, 2018, the Court received Petitioner's notice of appeal and the instant motion to proceed in forma pauperis on appeal. (ECF No. 43).

A party who is permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is not taken in good faith. See Fed. R. App. P. 24(a)(3). Here, Petitioner was previously granted in forma pauperis status on April 29, 2016. (ECF No. 6). Therefore, Petitioner is entitled to proceed in forma pauperis on appeal, and the motion is DENIED as moot.

IT IS SO ORDERED.

Dated: __February 9, 2018__          _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE